IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ERGS II, L.L.C., | ) |
| Appellant, | ) ) ) |
| v. | ) ) |
| LICHTIN/WADE, LLC | ) Case No. 5:13-cv-00207-FL ) |
| Appellee. | ) ) ) ) |

## ORDER STAYING APPEAL

It appearing to the Court that ERGS II, L.L.C. ("ERGS") and Joseph N. Callaway, in his capacity as the trustee of the Chapter 7 bankruptcy estate of Lichtin/Wade, LLC, have jointly requested a sixty (60)-day stay of the appeal commenced by ERGS's filing of a Notice of Appeal in *In re Lichtin/Wade, LLC*, Case Number 12-00845-8-RDD (the "Bankruptcy Case") and that, in light of the conversion of the Bankruptcy Case from Chapter 11 to Chapter 7, if granted such a stay, the parties may be able to resolve the issue appealed;

The Joint Motion of ERGS II, L.L.C. and Joseph Callaway, in his capacity as trustee of the Chapter 7 bankruptcy estate of Lichtin/Wade, LLC, to stay this appeal is hereby **GRANTED**. The appeal shall be stayed for a period of sixty (60) days from the date of the entry of this Order, without prejudice to the right of either party to request a further stay.

SO ORDERED this the 21st day of May, 2013.

LOUISE W. FLANAGAN
United States District Judge